IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TMX FINANCE CORPORATE SERVICES, INC; and TMX FINANCE LLC d/b/a "TITLEMAX," "TITLEBUCKS," and "INSTALOAN",<br><br>Defendants. | CIVIL ACTION NO.: 4:23-cv-93 |

**O R D E R**

Plaintiff filed his Complaint initiating this action on April 10, 2023. (Doc. 1.) On August 10, 2023, Plaintiff filed a Notice of Voluntary Dismissal, stating his intent to voluntarily dismiss this case without prejudice. (Doc. 31.) Neither of the Defendants have filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the case has been **DISMISSED WITHOUT PREJUDICE**, (id.), and the Court **DIRECTS** the Clerk of Court to **TERMINATE** all pending motions and to **CLOSE** this case.

**SO ORDERED**, this 16th day of August, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA